**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____

Chapter you are filing under:
☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy    12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- | --- |
| **1.** | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Kevin** First name  **Eugene** Middle name  **Browne** Last name and Suffix (Sr., Jr., II, III) | First name  Middle name  Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-0610** | |

Debtor 1  **Kevin Eugene Browne** _____     Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs | ☐ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |
| **5. Where you live** | **6964 Ramoth Dr**<br>**Jacksonville, FL 32226-3210**<br>Number, Street, City, State & ZIP Code<br><br>**Duval**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ |

Debtor 1    Kevin Eugene Browne                                    Case number *(if known)*

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No.
■ Yes.

| | District | When | Case number |
|---|---|---|---|
| | Middle District of Florida, Jacksonville Division | 3/12/18 | 3;18-bk-00730 |
| | Middle District of Florida, Jacksonville Division | 9/04/15 | 3:15-bk-4019 |
| | | | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | When | Case number, if known | |
| Debtor | | Relationship to you | |
| District | When | Case number, if known | |

**11. Do you rent your residence?**

■ No.  Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you?
        ☐ No. Go to line 12.
        ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   Kevin Eugene Browne                                       Case number *(if known)* _____

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

Debtor 1   **Kevin Eugene Browne** _____   Case number *(if known)* _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>  I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>☐ **Incapacity.**<br>  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>  I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1   **Kevin Eugene Browne**                                Case number *(if known)*

## Part 6:   Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

■ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Part 7:   Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Kevin Eugene Browne**
**Kevin Eugene Browne**
Signature of Debtor 1

Signature of Debtor 2

Executed on   **August 9, 2019**
             MM / DD / YYYY

Executed on   _____
             MM / DD / YYYY

Debtor 1  **Kevin Eugene Browne**  Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Kevin B. Paysinger**　　　　　　　　　　　Date　**August 9, 2019**
Signature of Attorney for Debtor　　　　　　　　　　　MM / DD / YYYY

**Kevin B. Paysinger 0056742**
Printed name

**Lansing Roy, PA**
Firm name

**1710 Shadowood Ln Ste 210**
**Jacksonville, FL 32207-2184**
Number, Street, City, State & ZIP Code

Contact phone  **904-391-0030**　　　　Email address　**information@lansingroy.com**

**0056742 FL**
Bar number & State

Official Form 101　　　**Voluntary Petition for Individuals Filing for Bankruptcy**　　　page 7

# United States Bankruptcy Court
## Middle District of Florida

In re  **Kevin Eugene Browne**  
Debtor(s)

Case No.  
Chapter  **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **August 9, 2019**

/s/ **Kevin Eugene Browne**  
**Kevin Eugene Browne**  
Signature of Debtor

| | | |
|---|---|---|
| KEVIN EUGENE BROWNE<br>6964 RAMOTH DR<br>JACKSONVILLE FL 32226-3210 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | DUVAL PREMIUM BUDGET<br>PO BOX 40866<br>JACKSONVILLE FL 32203-0866 |
| KEVIN B. PAYSINGER<br>LANSING ROY, PA<br>1710 SHADOWOOD LN STE 210<br>JACKSONVILLE, FL 32207-2184 | CHARLES CREWS<br>11385 BEECHER CIRCLE WEST<br>`<br>JACKSONVILLE FL 32223 | EMERGENCY RESOURCES GROU<br>800 PRUDENTIAL DR STE 713<br>JACKSONVILLE FL 32207-8202 |
| ALDRIDGE PITE LLP<br>1615 SOUTH CONGRESS AVENUE<br>SUITE 200<br>DELRAY BEACH FL 33445 | CHASE HOME MORTGAGE<br>PO BOX 24696<br>COLUMBUS OH 43224-0696 | FREDERIK LABAAR<br>6930 LIME AVENUE<br>LONG BEACH CA 90805-1437 |
| AMERICAN EXPRESS<br>PO BOX 297871<br>FORT LAUDERDALE FL 33329-7871 | CHOICE RECOVERY<br>FOR HARPREET SINGH<br>1550 OLD HENDERSON RD STE 100S<br>COLUMBUS OH 43220-3662 | HARPREET SINGH, M.D., P.A.<br>PO BOX 48206<br>JACKSONVILLE FL 32247-8206 |
| AMERICOLLECT<br>FOR MBB RADIOLOGY<br>PO BOX 1566<br>MANITOWOC WI 54221-1566 | CHOICE RECOVERY<br>FOR JACKSONVILLE EMER CONSULT<br>1550 OLD HENDERSON RD STE 100S<br>COLUMBUS OH 43220-3662 | HOOSE HOMES & INVESTMENTS LL<br>C/O LAWRENCE BERNARD, EQUIR<br>480 BUSCH DRIVE<br>JACKSONVILLE FL 32218 |
| AR RESOURCES INC<br>FOR EMERGENCY RESOURCES<br>PO BOX 1056<br>BLUE BELL PA 19422-0287 | CITY OF JACKSONVILLE<br>231 E FORSYTH ST RM 130<br>JACKSONVILLE FL 32202-3329 | JACKSONVILLE EMERGENCY CO<br>C/O SIDNEY S. SIMMONS II, ESQ<br>1050 RIVERSIDE AVE<br>JACKSONVILLE FL 32204-4123 |
| ATLANTIC SELF STORAGE, LLC<br>7880 GATE PKWY STE 300<br>JACKSONVILLE FL 32256-7285 | COMMUNITY RESTORATION CORP<br>C/O WASINGER LAW OFFICE, PLLC<br>605 E. ROBINSON ST, STE 730<br>ORLANDO FL 32801 | MBB RADIOLOGY<br>3599 UNIVERSITY BLVD S STE 30<br>JACKSONVILLE FL 32216-4245 |
| BANK OF AMERICA<br>NC4-102-03-14<br>PO BOX 26012<br>GREENSBORO NC 27410 | COMMUNITY RESTORATION CORP<br>C/O JOHN KAUFFMAN<br>5677 OBERLIN DR, STE 210<br>SAN DIEGO CA 92121 | MCCARTHY, BURGESS & WOLFF<br>FOR INFUSIONSOFT<br>26000 CANNON RD<br>BEDFORD OH 44146-1807 |
| BANK OF AMERICA CORPORATION<br>NC1-028-17-06<br>150 N COLLEGE ST<br>CHARLOTTE NC 28255-2271 | DIRECTV<br>LEGAL DEPARTMENT<br>2230 E IMPERIAL HWY<br>EL SEGUNDO CA 90245-3504 | MED1 PARALLEL PARKWA<br>C/O COMMONWEALTH FINANCIAL<br>245 MAIN ST<br>SCRANTON PA 18519-1641 |
| BAPTIST HEALTH<br>PATIENT SERVICES<br>PO BOX 45094<br>JACKSONVILLE FL 32232-5094 | DUVAL COUNTY TAX COLLECTOR<br>231 E FORSYTH ST STE 130<br>JACKSONVILLE FL 32202-3380 | MERCHANTS ASSOCIATION<br>COLLECTION DIVISION, INC.<br>FOR BAPTIST HEALTH DOWNTOW<br>PO BOX 2842<br>TAMPA FL 33601-2842 |

MG CREDIT
FOR DUVAL PREMIUM BUDGET
PO BOX 61899
JACKSONVILLE FL 32236-1899

TSYS DEBT MGMT (TDM)
CAPITAL ONE BANK
6125 LAKEVIEW RD STE 800
CHARLOTTE NC 28269-2605

MIDLAND FUNDING LLC
FOR CAPITAL ONE BANK
2365 NORTHSIDE DR STE 300
SAN DIEGO CA 92108-2709

TTFLTC, LLC
4747 EXECUTIVE DR, SUITE 510
SAN DIEGO CA 92121

MOON CASTLE INVESTORS, INC.
C/O CASSANDRA GREEN
2050 BEAVERCREEK ROAD 101216
OREGON CITY OR 97045

VERIZON WIRELESS
BANKRUPTCY ADMINISTRATION
500 TECHNOLOGY DR STE 550
SAINT CHARLES MO 63304-2225

NATIONSTAR MORTGAGE
PO BOX 619098
DALLAS TX 75261-9741

VYSTAR CREDIT UNION
PO BOX 45085
JACKSONVILLE FL 32232-5085

PROFESSIONAL DEBT MEDIATION IN
FOR ATLANTIC SELF STORAGE
7948 BAYMEADOWS WAY FL 2
JACKSONVILLE FL 32256-8539

REI HOLDINGS
2912 EXECUTIVE PKWY, STE 120
LEHI UT 84043

SHAPIRO, FISHMAN & GACHE LLP
FOR WELLS FARGO
4630 WOODLAND CORPORATE BLVD
STE 100
TAMPA FL 33614-2429

SHELLPOINT MORTGAGE SERVICING
PO BOX 51850
LIVONIA MI 48151-5850

TRANSWORLD SYSTEM INC/926
FOR CITY OF JACKSONVILLE
PO BOX 15109
WILMINGTON DE 19850-5109

TRANSWORLD SYSTEM/09
FOR DIRECTV
PO BOX 17205
WILMINGTON DE 19850-7205

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Kevin Eugene Browne**  
Debtor(s)

Case No.  
Chapter  **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **5,800.00** |
   | Prior to the filing of this statement I have received | $ **4,000.00** |
   | Balance Due | $ **1,800.00** |

2. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☐ Debtor   ■ Other (specify):   **Remainder of fees to be paid through Chapter 13 plan.**

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **The above fee covers representation for the entire case and no additional charge for attorney fees except as set forth below.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representing client in an adversarial matter related to the Chapter 13, included but not limited to: adversary proceedings not listed above, objections to exemptions, motions for turnover, motions to dismiss for bad faith or substantial abuse, any amendments to documents filed before the Court, motions to vacate orders dismissing the Client's case, and amendments to the Client's Chapter 13 plan after it has been confirmed by the Court.**

_____    _____
**Debtor**                          **Date**

_____    _____
**Joint Debtor**                    **Date**

In re  **Kevin Eugene Browne**      Case No. _____

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **August 9, 2019** | **/s/ Kevin B. Paysinger** |
|---|---|
| *Date* | **Kevin B. Paysinger 0056742** |
| | *Signature of Attorney* |
| | **Lansing Roy, PA** |
| | **1710 Shadowood Ln Ste 210** |
| | **Jacksonville, FL 32207-2184** |
| | **904-391-0030   Fax: 904-391-0031** |
| | **information@lansingroy.com** |
| | *Name of law firm* |