**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
**www.flmb.uscourts.gov**

In re:                                                    CASE NO. 3:19-bk-03058-JAF
                                                          CHAPTER 13

Kevin Eugene Browne,

                          Debtor(s)
_____/

## CHAPTER 13 PLAN

A.    **NOTICES.**

**Debtor[1] must check one box on each line to state whether or not the Plan includes each of the following items. If an item is checked as "Not Included," if both boxes are checked, or if neither box is checked, the provision will be ineffective if set out later in the Plan.**

| | | |
|---|---|---|
| A limit on the amount of a secured claim based on a valuation which may result in a partial payment or no payment at all to the secured creditor. See Sections C.5(d) and (e). A separate motion will be filed. | Included | Not Included **X** |
| Avoidance of a judicial lien or non-possessory, non-purchase money security interest under 11 U.S.C. § 522(f). A separate motion will be filed. See Section C.5(e). | Included | Not Included **X** |
| Nonstandard provisions, set out in Section E. | Included **X** | Not Included |

**NOTICE TO DEBTOR:   IF YOU ELECT TO MAKE DIRECT PAYMENTS TO A SECURED CREDITOR UNDER SECTION 5(i) OF THIS PLAN, TO SURRENDER THE SECURED CREDITOR'S COLLATERAL UNDER SECTION 5(j), OR TO NOT MAKE PAYMENTS TO THE SECURED CREDITOR UNDER SECTION 5(k), THE AUTOMATIC STAY DOES NOT APPLY AND THE CREDITOR MAY TAKE ACTION TO FORECLOSE OR REPOSSESS THE COLLATERAL.**

**SECURED CREDITORS INCLUDE THE HOLDERS OF MORTGAGE LOANS, CAR LOANS, AND OTHER LOANS FOR WHICH THE SECURED CREDITOR HAS A SECURITY INTEREST IN PERSONAL OR REAL PROPERTY COLLATERAL.**

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

1

**B.**    **MONTHLY PLAN PAYMENTS.** Plan payments include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date. Debtor shall make payments to the Trustee for the period of **60** months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payments under the Plan and may cause an increased distribution to the unsecured class of creditors.

$3,424.28    from month 1 (September 2019) through 60 (August 2024).

**C.**    **PROPOSED DISTRIBUTIONS.**

   **1.**    **ADMINISTRATIVE ATTORNEY'S FEES.**

   **Base Fee $5,800.00    Total Paid Prepetition $4,000.00    Balance Due $1,800.00**

   **MMM Fee $0.00    Total Paid Prepetition $0.00    Balance Due $0.00**

   **Estimated Monitoring Fee at $25.00 per Month.**

   **Attorney's Fees Payable Through Plan at $300.00 monthly (1-6) (subject to adjustment).**

   **2.**    **DOMESTIC SUPPORT OBLIGATIONS (as defined in 11 U.S.C. §101(14A).**

   None

   **3.**    **PRIORITY CLAIMS (as defined in 11 U.S.C. § 507).**

   None

   **4.**    **TRUSTEE FEES.** From each payment received from Debtor, the Trustee shall receive a fee, the percentage of which is fixed periodically by the United States Trustee.

   **5.**    **SECURED CLAIMS.** Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments. The Trustee shall disburse adequate protection payments to secured creditors prior to confirmation, as soon as practicable, if the Plan provides for payment to the secured creditor, the secured creditor has filed a proof of claim or Debtor or Trustee has filed a proof of claim for the secured creditor under § 501(c), and no objection to the claim is pending. If Debtor's payments under the Plan are timely paid, payments to secured creditors under the Plan shall be deemed contractually paid on time.

   **(a)    Claims Secured by Debtor's Principal Residence that Debtor Intends to Retain - Mortgage, HOA and Condominium Association Payments, and Arrears, if any, Paid Through the Plan U nder 11 U.S.C. § 1322(b)(5).** Debtor will cure prepetition arrearages and maintain regular monthly postpetition payments on the following claims secured by Debtor's principal residence. Postpetition mortgage payments must be included in the Plan Payments. Mortgage payments are due on the first

2

payment due date after the case is filed and continue monthly thereafter. The amount of postpetition mortgage payments may be adjusted as provided for under the loan documents. The Plan may provide for the cure of arrearages to homeowner's and condominium associations and may, but need not, include the payment of postpetition assessments in the Plan Payments. Under 11 U.S.C. § 1328(a)(1), Debtor will not receive a discharge of personal liability on these claims.

None

**(b)    Claims Secured by Other Real Property that Debtor Intends to Retain - Mortgage, HOA and Condominium Association Payments, and Arrears, if any, Paid Through the Plan Under 11 U.S.C. § 1322(b)(5).** Debtor will cure prepetition arrearages and maintain regular monthly postpetition payments on the following claims secured by real property. Postpetition mortgage payments must be included in the Plan. Payments are due on the first payment due date after the case is filed and continue monthly thereafter. The amount of postpetition mortgage payments may be adjusted as provided for under the loan documents. The Plan may provide for the cure of arrearages to homeowner's and condominium associations and may, but need not, include the payment of postpetition assessments in the Plan Payments. Under 11 U.S.C. § 1328(a)(1), Debtor will not receive a discharge of personal liability on these claims.

| Last Four Digits of Acct. No. | Creditor | Collateral Address | Regular Monthly Payment | Gap Pmt | Arrears |
|---|---|---|---|---|---|
| 5879 | Community Restoration Corp. | 2615 Edgewood Ave Jacksonville, FL 32209 | $139.56 | | $19,417.31 |

**(c)    Claims Secured by Real Property - Debtor Intends to Seek Mortgage Modification.** Pending the resolution of a mortgage modification request, the Plan Payments shall include the following adequate protection payments to the Trustee: (1) for homestead property, the lesser of 31% of gross monthly income of Debtor and non-filing spouse, if any (after deducting homeowner's association fees), or the normal monthly contractual mortgage payment; or (2) for non-homestead, income-producing property, 75% of the gross rental income generated from the property. If Debtor obtains a modification of the mortgage, the modified payments shall be included in the Plan Payments. Debtor will not receive a discharge of personal liability on these claims.

| Last Four Digits of Acct. No. | Creditor | Collateral Address | Adequate Protection Payment |
|---|---|---|---|
| 1027 | Shellpoint Mortgage Servicing | 6964 Ramoth Drive Jacksonville, FL 32226 | $1,488.35 |

**(d)    Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES (Strip Down).** Under 11 U.S.C. § 1322 (b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence. **A separate motion to**

3

determine secured status or to value the collateral must be filed. Payment on the secured portion of the claim, estimated below, is included in the Plan Payments. Unless otherwise stated in Section E, the Plan Payments do not include payments for escrowed property taxes or insurance.

> None

**(e)     Liens to be Avoided Under 11 U.S.C. § 522 or Stripped Off Under 11 U.S.C. § 506.** Debtor must file a separate motion under § 522 to avoid a judicial lien or a nonpossessory, nonpurchase money security interest because it impairs an exemption or under § 506 to determine secured status and to strip a lien.

> None

**(f)     Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY Under the Final Paragraph in 11 U.S.C. § 1325(a).** The claims listed below were either:  (1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of Debtor; or (2) incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value. These claims will be paid in full under the Plan with interest at the rate stated below.

> None

**(g)     Claims Secured by Real or Personal Property to be Paid with Interest Through the Plan under 11 U.S.C. § 1322(b)(2).** The following secured claims will be paid in full under the Plan with interest at the rate stated below.

| Last Four Digits of Acct. No. | Creditor | Collateral Description/Address | Claim Amount | Payment Through Plan | Interest Rate |
|---|---|---|---|---|---|
| 0000 Claim 6 | Duval County Tax Collector | 5865 110th Street Jacksonville, FL 32244 RE# 098000-0000 | $7,731.60 | $196.33 | 18.00% |
| 0000 Claim 7 | 5T Wealth Partners LP | 5865 110th Street Jacksonville, FL 32244 RE# 098000-0000 | $5,957.17 | $151.27 | 18.00% |
| 0000 Claim 9 | Mathon Investments Corp | 1136 16th Street E. Jacksonville, FL 32206 RE# 113526-0000 | $765.71 | $17.82 | 14.00% |
| 0000 Claim 5 | Thornton Mellon LLC | 1136 16th Street E. Jacksonville, FL 32206 RE# 113526-0000 | $840.64 | $15.86 | 5.00% |

4

| 0000 Claim 4 | Duval County Tax Collector | 9239 6th Avenue Jacksonville, FL 32208 RE# 035898-0000 | $4,649.28 | $118.06 | 18.00% |
|---|---|---|---|---|---|
| 0000 | Florida Tax Certificate Fund 1 | 2569 Broadway Ave Jacksonville, FL 32254 RE# 056739-0000 | $5,336.55 | $92.38 | 1.50% |
| 0000 | Mikon Financial Services | 5312 Tequesta Court Jacksonville, FL 32244 RE# 103808-0000 | $6,754.70 | $116.92 | 1.50% |

**(h)    Claims Secured by Personal Property – Maintaining Regular Payments and Curing Arrearages, if any, Under 11 U.S.C. § 1325(b)(5).**   Under 11 U.S.C. § 1328(a)(1), unless the principal amount of the claim is paid in full through the Plan, Debtor will not receive a discharge of personal liability on these claims

       None

**(i)    Secured Claims Paid Directly by Debtor.**  The following secured claims are being made via automatic debit/draft from Debtor's depository account and will continue to be paid directly to the creditor or lessor by Debtor outside the Plan via automatic debit/draft.   The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated in rem as to Debtor and in rem and in personam as to any codebtor as to these creditors and lessors upon the filing of this Plan.   Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. Because these secured claims are not provided for under the Plan, under 11 U.S.C § 1328(a), Debtor will not receive a discharge of personal liability on these claims.

       None

**(j)    Surrender of Collateral/Property that Secures a Claim.** Debtor will surrender the following collateral/property. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any co-debtor as to these creditors upon the filing of this Plan.

| Last Four Digits of Acct. No. | Creditor | Collateral/Property Description/Address |
|---|---|---|
| 2273 | Bank of America, N.A. | 924 W. 28th Street Jacksonville, FL 32209 RE# 084684-0060 |
| 0060 | Duval County Tax Collector | 924 W. 28th Street Jacksonville, FL 32209 |

| | | RE# 084684-0060 |
|---|---|---|
| 0000<br>Claim 3 | Duval County Tax Collector | 1513 Steele Street<br>Jacksonville, FL 32209<br>RE# 051138-0000 |
| 0000<br>Claim 8 | Mathon Investments Corp. | 1513 Steele Street<br>Jacksonville, FL 32209<br>RE# 051138-0000 |

(k)     **Secured Claims that Debtor Does Not Intend to Pay.**   Debtor does not intend to make payments to the following secured creditors.   The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated in rem as to Debtor and in rem and in personam as to any codebtor with respect to these creditors upon the filing of this Plan.   Debtor's state law contract rights and defenses are neither terminated nor abrogated.   Because these secured claims are not provided for under the Plan, under 11 U.S.C § 1328(a), Debtor will not receive a discharge of personal liability on these claims.

> None

6.     **LEASES / EXECUTORY CONTRACTS.**   As and for adequate protection, the Trustee shall disburse payments to creditors under leases or executory contracts prior to confirmation of the Plan, as soon as practicable, if the Plan provides for payment to creditor/lessor, the creditor/lessor has filed a proof of claim, or Debtor or Trustee has filed a proof of claim for the secured creditor/lessor under 11 U.S.C. § 501(c), and no objection to the claim is pending.   If Plan Payments are timely paid, payments to creditors/lessors under the Plan shall be deemed contractually paid on time.

(a)     **Assumption of Leases/Executory Contracts for Real or Personal Property to be Paid and Arrearages Cured Through the Plan U nder 11 U.S.C. § 1325(b)(5).** Debtor assumes the following leases/executory contracts and proposes the prompt cure of any prepetition arrearage as follows.   Under 11 U.S.C. § 1328(a)(1), if the claim of the lessor/creditor is not paid in full through the Plan, Debtor will not receive a discharge of person al liability on these claims.

> None

(b)     **Assumption of Leases/Executory Contracts for Real or Personal Property to be Paid Directly by Debtor.**   Debtor assumes the following lease/executory contract claims that are paid via automatic debit/draft from Debtor's depository account and are to continue to be paid directly to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated in rem as to Debtor and in rem and in personam as to any codebtor as to these creditors and lessors upon the filing of this Plan.   Nothing herein is intended to terminate or abrogate Debtor's state law contract rights.   Because these leases/executory contracts

are not provided for under the Plan, under 11 U.S.C § 1328(a), Debtor will not receive a discharge of personal liability on these claims.

> None

**(c)    Rejection of Leases/Executory Contracts and Surrender of Real or Personal Leased Property.** Debtor rejects the following leases/executory contracts and will surrender the following leased real or personal property. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated in rem as to Debtor and in rem and in personam as to any codebtor as to these creditors and lessors upon the filing of this Plan.

> None

**7.    GENERAL UNSECURED CREDITORS.** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above-referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than **$22,000.00.**

**D.    GENERAL PLAN PROVISIONS:**

1.    Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims.

2.    Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by an order of the Court.

3.    If Debtor fails to check (a) or (b) below, or if Debtor checks both (a) and (b), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise. Property of the estate

   (a)    _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise, or

   (b)    __X__ shall vest in Debtor upon confirmation of the Plan.

4.    The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claim as filed and allowed. Unless otherwise ordered by the Court, the Trustee shall only pay creditors with filed and allowed proofs of claim. An allowed proof of claim will control, unless the Court orders otherwise.

5.    Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

6.    Debtor shall timely file all tax returns and make all tax payments and deposits when

due. (However, if Debtor is not required to file tax returns, Debtor shall provide the Trustee with a statement to that effect.) For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless otherwise ordered, consented to by the Trustee, or ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments. Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor shall not spend any tax refund without first having obtained the Trustee's consent or Court approval.**

E.    **NONSTANDARD PROVISIONS as Defined in Federal Rule of Bankruptcy Procedure 3015(c).** Note:  Any nonstandard provisions of this Plan other than those set out in this section are deemed void and are stricken.

1.  Unless otherwise provided in Administrative Order FLMB-2015-8 (the "Administrative Order"), if a confirmation order is entered prior to the resolution of any pending objection to claim or motion to value claim, such objection and/or motion shall be reserved for ruling on a subsequent date provided such objection and/or motion is filed timely pursuant to the Administrative Order.  Debtor reserves all rights under any objection and/or motion notwithstanding the entry of a confirmation order.

CERTIFICATION

By filing this document, the Attorney for Debtor, or Debtor, if not represented by an attorney, certifies that the wording and order of the provisions in this Chapter 13 Plan are identical to those contained in the Model Plan adopted by this Court, and that this Plan contains no additional or deleted wording or nonstandard provisions other than any nonstandard provisions included in Section E.


 /s/ Kevin Eugene Browne                          Dated: 9/9/2019
      Debtor


                                        LANSING ROY, P.A.

                                        /s/ Kevin B. Paysinger
                                        **Kevin B. Paysinger, Esquire**
                                        Florida Bar No. 0056742
                                        Attorney for Debtor(s)
                                        1710 Shadowood Lane, Suite 210
                                        Jacksonville, FL   32207-2184
                                        court@lansingroy.com
                                        Telephone:   (904) 391-0030
                                        Facsimile:   (904) 391-0031

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing, including all attachments and exhibits thereto, was furnished to all creditors and parties in interest as listed on the mailing matrix attached to the original document filed with the Court this 9th day of September 2019.

**LANSING ROY, P.A.**

/s/ Kevin B. Paysinger
**Kevin B. Paysinger, Esquire**
Florida Bar No. 0056742
**William B. McDaniel, Esquire**
Florida Bar No. 084469
Attorney for Debtor(s)
1710 Shadowood Lane, Suite 210
Jacksonville, FL   32207-2184
court@lansingroy.com
Telephone:   (904) 391-0030
Facsimile:   (904) 391-0031

| Kevin Browne | 1st Pmt | Plan | | | DEBT PMT | Trustee % | Attorney Fee | Adm Fee | Wells Fargo/ Nationstar Ramoth Dr. | Wells Fargo/ Nationstar Ramoth Dr. | Community Restoration Corp. Edgewood Ave | Community Restoration Corp. Edgewood Ave |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Unsecured | | | | | Tee Fee | $1,800.00 | | | mediation | | $19,417.31 |
| TOTALS | $22,000.00 | | | | | | | | | | | |
| | | | | | | | | | | | | |
| September-19 | $96.67 | 1 | | | $ 3,424.278 | $342.43 | $300.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| October-19 | $96.67 | 2 | | | $ 3,424.278 | $342.43 | $300.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| November-19 | $96.67 | 3 | | | $ 3,424.278 | $342.43 | $300.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| December-19 | $96.67 | 4 | | | $ 3,424.278 | $342.43 | $300.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| January-20 | $96.67 | 5 | | | $ 3,424.278 | $342.43 | $300.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| February-20 | $96.67 | 6 | | | $ 3,424.278 | $342.43 | $300.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| March-20 | $396.67 | 7 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| April-20 | $396.67 | 8 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| May-20 | $396.67 | 9 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| June-20 | $396.67 | 10 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| July-20 | $396.67 | 11 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| August-20 | $396.67 | 12 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| September-20 | $396.67 | 13 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| October-20 | $396.67 | 14 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| November-20 | $396.67 | 15 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| December-20 | $396.67 | 16 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| January-21 | $396.67 | 17 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| February-21 | $396.67 | 18 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| March-21 | $396.67 | 19 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| April-21 | $396.67 | 20 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| May-21 | $396.67 | 21 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| June-21 | $396.67 | 22 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| July-21 | $396.67 | 23 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| August-21 | $396.67 | 24 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| September-21 | $396.67 | 25 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| October-21 | $396.67 | 26 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| November-21 | $396.67 | 27 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| December-21 | $396.67 | 28 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| January-22 | $396.67 | 29 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| February-22 | $396.67 | 30 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| March-22 | $396.67 | 31 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| April-22 | $396.67 | 32 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| May-22 | $396.67 | 33 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| June-22 | $396.67 | 34 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| July-22 | $396.67 | 35 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| August-22 | $396.67 | 36 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| September-22 | $396.67 | 37 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| October-22 | $396.67 | 38 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| November-22 | $396.67 | 39 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| December-22 | $396.67 | 40 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| January-23 | $396.67 | 41 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| February-23 | $396.67 | 42 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| March-23 | $396.67 | 43 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| April-23 | $396.67 | 44 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| May-23 | $396.67 | 45 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| June-23 | $396.67 | 46 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| July-23 | $396.67 | 47 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| August-23 | $396.67 | 48 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| September-23 | $396.67 | 49 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| October-23 | $396.67 | 50 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| November-23 | $396.67 | 51 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| December-23 | $396.67 | 52 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| January-24 | $396.67 | 53 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| February-24 | $396.67 | 54 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| March-24 | $396.67 | 55 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| April-24 | $396.67 | 56 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| May-24 | $396.67 | 57 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| June-24 | $396.67 | 58 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| July-24 | $396.67 | 59 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| August-24 | $396.67 | 60 | | | $ 3,424.278 | $342.43 | $0.00 | $25.00 | $1,488.35 | $0.00 | $139.56 | $323.63 |
| | | | | | $ - | | | | | | | |
| TOTAL | $22,000.20 | | | | $ 205,456.667 | $20,545.67 | $1,800.00 | $1,500.00 | $89,301.00 | $0.00 | $8,373.60 | $19,417.80 |
| | 100.00% | | | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #VALUE! | #DIV/0! | #DIV/0! |

x _Kevin Browne_ (signature)

9-9-19
Date

| Bank of America 28th St Surrender | Duval County 28th Street surrender | Duval County 110th Street $7,731.60 18.00% Claim 6 | 5T Wealth Partners LP 110th Street $5,957.17 18.00% Claim 7 | Mathon Investments Corp 16th Street $765.71 14.00% Claim 9 | Thornton Mellon LLC 16th Street $840.64 5.00% Claim 5 | Duval County Steele Street Surrender Claim 3 | Mathon Investments Corp Steele Street Surrender Claim 8 | Florida Tax Certificate Fund 1 Broadway Ave $5,336.55 1.50% | Duval County 6th Avenue $4,649.28 18.00% Claim 4 | Mikon Financial Services Tequesta Ct $6,754.70 1.50% |
|---|---|---|---|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| $0.00 | $0.00 | $196.33 | $151.27 | $17.82 | $15.86 | $0.00 | $0.00 | $92.38 | $118.06 | $116.92 |
| | | | | | | | | | | |
| $0.00 | $0.00 | $11,779.80 | $9,076.20 | $1,069.20 | $951.60 | $0.00 | $0.00 | $5,542.80 | $7,083.60 | $7,015.20 |
| #DIV/0! | #DIV/0! | #VALUE! | | #VALUE! | #VALUE! | #VALUE! | | #DIV/0! | #VALUE! | #DIV/0! |

Label Matrix for local noticing
113A-3
Case 3:19-bk-03058-JAF
Middle District of Florida
Jacksonville
Mon Sep  9 16:31:10 EDT 2019

Kevin Eugene Browne
6964 Ramoth Dr
Jacksonville, FL 32226-3210

c/o Wendy Mummaw Duval County Tax Collector
Office of General Counsel
117 West Duval Street, #480
Jacksonville, FL 32202-3734

U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUS
c/o Howard Law Group
450 N. Park Road, Suite 800
Hollywood, FL 33021-6920

5T Wealth Partners LP
5T Wealth Partners
Department #6200, PO Box 830539
Birmingham, AL 35283

5T Wealth Partners, LP
Department #6200
PO Box 803539
Birmingham AL 35283

AMERICAN EXPRESS
PO BOX 297871
FORT LAUDERDALE FL 33329-7871

(p)AMERICOLLECT INC
PO BOX 2080
MANITOWOC WI 54221-2080

AR RESOURCES INC
FOR EMERGENCY RESOURCES
PO BOX 1056
BLUE BELL PA 19422-0287

ATLANTIC SELF STORAGE, LLC
7880 GATE PKWY STE 300
Jacksonville FL 32256-7285

Aldridge Pite LLP
1615 South Congress Avenue
Suite 200
Delray Beach FL 33445-6326

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

BANK OF AMERICA
NC4-102-03-14
PO BOX 26012
GREENSBORO NC 27420-6012

BANK OF AMERICA CORPORATION
NC1-028-17-06
150 N COLLEGE ST
CHARLOTTE NC 28202-2271

BAPTIST HEALTH
PATIENT SERVICES
PO BOX 45094
JACKSONVILLE FL 32232-5094

Bank of America, N.A.
c/o Jennifer Laufgas, Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305-1623

CACH, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CHARLES CREWS
11385 BEECHER CIRCLE WEST
Jacksonville FL 32223-7248

(p)CHOICE RECOVERY INC
1550 OLD HENDERSON ROAD
STE 100
COLUMBUS OH 43220-3662

CITY OF JACKSONVILLE
231 E FORSYTH ST RM 130
JACKSONVILLE FL 32202-3380

Chase Home Mortgage
PO Box 24696
Columbus OH 43224-0696

City of Jacksonville
117 West Duval Street Ste. 480
Jacksonville, FL 32202-5721

Community Restoration Corp
c/o John Kauffman
5677 Oberlin Dr, Ste 210
San Diego CA 92121-1742

Community Restoration Corp
c/o Wasinger Law Office, PLLC
605 E. Robinson St, Ste 730
Orlando FL 32801-2007

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

DUVAL COUNTY TAX COLLECTOR
231 E FORSYTH ST STE 130
JACKSONVILLE FL 32202-3380

DUVAL PREMIUM BUDGET
PO BOX 40866
Jacksonville FL 32203-0866

Duval County Tax Collector
231 Forsyth St.  #130
Jacksonville FL 32202-3380

EMERGENCY RESOURCES GROUP
800 PRUDENTIAL DR STE 713
JACKSONVILLE FL 32207-8202

FREDERIK LABAAR
6930 LIME AVENUE
Long Beach CA 90805-1437

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Tax Certificate Fund 1
PO Box 775311
Chicago IL 60677-5311


HARPREET SINGH, M.D., P.A.
PO BOX 48206
Jacksonville FL 32247-8206

Hoose Homes & Investments, LLC
c/o Lawrence Bernard, Equire
480 Busch Drive
Jacksonville FL 32218-5553

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346


JACKSONVILLE EMERGENCY CONSULT
C/O SIDNEY S. SIMMONS II, ESQ
1050 RIVERSIDE AVE
JACKSONVILLE FL 32204-4142

MATHON INVESTMENTS CORP
8724 SW 72 ST SUITE 531
MIAMI, FL 33173-3512

MBB RADIOLOGY
3599 UNIVERSITY BLVD S STE 300
JACKSONVILLE FL 32216-4251


MCCARTHY, BURGESS & WOLFF
FOR INFUSIONSOFT
26000 CANNON RD
BEDFORD OH 44146-1807

MED1 PARALLEL PARKWA
C/O COMMONWEALTH FINANCIAL
245 MAIN ST
SCRANTON PA 18519-1641

MERCHANTS ASSOCIATION
COLLECTION DIVISION, INC.
FOR BAPTIST HEALTH DOWNTOWN
PO BOX 2842
TAMPA FL 33601-2842


MG CREDIT
FOR DUVAL PREMIUM BUDGET
PO BOX 61899
Jacksonville FL 32236-1899

MIDLAND FUNDING LLC
FOR CAPITAL ONE BANK
2365 NORTHSIDE DR STE 300
San Diego CA 92108-2709

MOON CASTLE INVESTORS, INC.
C/O CASSANDRA GREEN
2050 BEAVERCREEK ROAD 101216
Oregon City OR 97045-4301


Mikon Financial Services, Inc.
6405 NW 36 Street
Suite 125
Miami FL 33166-6960

NATIONSTAR MORTGAGE
PO BOX 619098
DALLAS TX 75261-9098

PROFESSIONAL DEBT MEDIATION IN
FOR ATLANTIC SELF STORAGE
7948 BAYMEADOWS WAY FL 2
Jacksonville FL 32256-8539


REI HOLDINGS
2912 EXECUTIVE PKWY, STE 120
Lehi UT 84043-4607

SHAPIRO, FISHMAN & GACHE LLP
FOR WELLS FARGO
4630 Woodland Corporate Blvd
Ste 100
Tampa FL 33614-2429

Shellpoint Mortgage Servicing
PO Box 51850
Livonia MI 48151-5850


TRANSWORLD SYSTEM INC/926
FOR CITY OF JACKSONVILLE
PO BOX 15109
Wilmington DE 19850-5109

TRANSWORLD SYSTEM/09
FOR DIRECTV
PO BOX 17205
Wilmington DE 19850-7205

TSYS DEBT MGMT (TDM)
CAPITAL ONE BANK
6125 LAKEVIEW RD STE 800
CHARLOTTE NC 28269-2605


TTFLTC, LLC
4747 EXECUTIVE DR, SUITE 510
San Diego CA 92121-3100

Thornton Mellon LLC
Geoffrey Polk
939 W. North Ave. Ste 830
Chicago, IL 60642-7141

Thornton Mellon LLC
c/o Geoffrey Polk
939 W. North Avenue
Suite 830
Chicago IL 60642-7141


United States Attorney
300 North Hogan St Suite 700
Jacksonville, FL 32202-4204

VERIZON WIRELESS
BANKRUPTCY ADMINISTRATION
500 TECHNOLOGY DR STE 550
SAINT CHARLES MO 63304-2225

(p)VYSTAR CREDIT UNION
PO BOX 45085
JACKSONVILLE FL 32232-5085

United States Trustee - JAX 13/7 7+
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Douglas W Neway +
Post Office Box 4308
Jacksonville, FL 32201-4308

Kevin B Paysinger +
Lansing Roy, PA
1710 Shadowood Lane, Suite 210
Jacksonville, FL 32207-2184

Wendy L Mumaw +
Office of General Counsel
117 West Duval Street
Jacksonville, FL 32202-3734

Matthew B Klein +
Howard Law Group
450 North Park Road, Penthouse 800
Hollywood, FL 33021-6920

Jennifer Laufgas +
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305-1636

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AMERICOLLECT
FOR MBB RADIOLOGY
PO BOX 1566
Manitowoc WI 54221-1566

CHOICE RECOVERY
FOR HARPREET SINGH
1550 OLD HENDERSON RD STE 100S
Columbus OH 43220-3662

(d)CHOICE RECOVERY
FOR JACKSONVILLE EMER CONSULT
1550 OLD HENDERSON RD STE 100S
COLUMBUS OH 43220-3662

DIRECTV
LEGAL DEPARTMENT
2230 E IMPERIAL HWY
EL SEGUNDO CA 90245-3504

VYSTAR CREDIT UNION
PO BOX 45085
JACKSONVILLE FL 32232-5085

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of America, N.A.

(u)Jerry A. Funk
Jacksonville

(d)Mathon Investments Corp
8724 SW 72 Street
Suite 531
Miami FL 33173-3512

End of Label Matrix
Mailable recipients    66
Bypassed recipients     3
Total                  69